

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00317-CV

LLoyd Hurt **KELLNER**, Trent C. Kellner, Linda Cunningham, Independent Administrator of The Estate of William Smith Nelson, Jr., Billie Alleen Kuhnel, Michael James Dworaczyk, Evelyn Hartman, Katherine Zaiontz, Otto Leo Henke, Jr., Patricia Ann Henke et al,
Appellants

v.

**XTO ENERGY, INC**., Newfield Exploration Company, Imperial Oil Company, Momentum Oil & Gas, LLC and Modelo Energy, LLC,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 15-09-0864-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellees' unopposed motion for extension of time to file their brief is GRANTED. Appellees' brief is due on **December 29, 2017**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court